1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JESUS GERARDO ESPINO

6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,    ) NO. CR.S-10-479-EJG
11                              )
                  Plaintiff,    )
12                              )      **STIPULATION AND ORDER;**
         v.                     )   **CONTINUING STATUS CONFERENCE**
13                              )        **AND EXCLUDING TIME**
   JESUS GERARDO ESPINO,        )
14                              ) Date:  March 30, 2012
                  Defendant.    ) Time:  10:00 a.m.
15 _____ ) Judge: Hon. Edward J. Garcia

16

17      IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, MICHELE BECKWITH, Assistant United States

19 Attorney, attorney for Plaintiff, and CARO MARKS, attorney for JESUS

20 GERARDO ESPINO, that the status conference hearing date of March 23,

21 2012 be vacated, and the matter be set for status conference on March

22 30, 2012 at 10:00 a.m.

23      The reason for this continuance is to allow the defense

   additional time to review the defendant's prior criminal history.
24
        Based upon the foregoing, the parties agree that the time under
25
   the Speedy Trial Act should be excluded from the date of signing of
26
   this order through and including March 30, 2012 pursuant to 18 U.S.C.
27
   §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
28

T4 based upon continuity of counsel and defense preparation.

DATED:  March 22, 2012.                     Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Public Defender


                                            /s/ Caro Marks
                                            CARO MARKS
                                            Designated Counsel for Service
                                            Attorney for Jesus Gerardo Espino

DATED:  March 22, 2012.                     BENJAMIN WAGNER
                                            United States Attorney


                                            /s/ Caro Marks for
                                            MICHELE BECKWITH
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff




                                  ORDER

     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
ordered that the March 23, 2012,  status conference hearing be
continued to March 30, 2012, at 10:00 a.m.  Based on the representation
of defense counsel and good cause appearing there from, the Court
hereby finds that the failure to grant a continuance in this case would
deny defense counsel reasonable time necessary for effective
preparation, taking into account the exercise of due diligence.  The
Court finds that the ends of justice to be served by granting a
continuance outweigh the best interests of the public and the defendant
in a speedy trial.  It is ordered that time up to and including the
March 30, 2012 status conference shall be excluded from computation of
time within which the trial of this matter must be commenced under the

1  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and

2  Local Code T-4, to allow defense counsel reasonable time to prepare.

3  Dated: March 22, 2012          /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
4                                 United States District Judge